# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MENDEZ, | Case No.: 1:17-cv-01170-DAD-JLT |
| Plaintiff, | ORDER AFTER NOTICE OF SETTLEMENT |
| v. | (Doc. 15) |
| THE PROCTER & GAMBLE COMPANY, | |
| Defendant. | |

On August 3, 2018, Plaintiff notified the Court that "the parties have agreed in principle to settle the above -captioned matter after a mediation that was held on August 1, 2018." (Doc. 15 at 1) In addition, Plaintiff reports "the parties are in the process of preparing and finalizing the Settlement Agreement and Release." (*Id.* at 2) Accordingly, the Court **ORDERS**:

1. A Stipulation of Dismissal **SHALL** be filed no later than **August 27, 2018**; and
2. All other pending deadlines, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated: **August 6, 2018**  **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE