1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11  ANTHONY MENDEZ,                          )   Case No.: 1:17-cv-01170-DAD-JLT
                                             )
12              Plaintiff,                   )   ORDER TO THE PARTIES AND COUNSEL TO
                                             )   SHOW CAUSE WHY SANCTIONS SHOULD
13       v.                                  )   NOT BE IMPOSED FOR THEIR FAILURE TO
                                             )   COMPLY WITH THE COURT'S ORDERS
14  THE PROCTER & GAMBLE COMPANY,            )
                                             )
15              Defendant.                   )
                                             )
16  _____)

17       On August 3, 2018, the plaintiff notified the Court that the parties had resolved the matter and

18  were finalizing settlement documents. (Doc. 15 at 2) The Court then ordered the parties to file the

19  stipulated dismissal by August 27, 2018.  (Doc. 16) This has not occurred.  Thus, the Court **ORDERS**:

20       1.      Within seven days, the parties and their attorneys **SHALL** show cause in writing why

21  sanctions should not be imposed for their failure to comply with the Court's order.  Alternatively, they

22  may file the stipulated dismissal within seven days.

23

24  IT IS SO ORDERED.

25       Dated:   __**August 31, 2018**__              _____**/s/ Jennifer L. Thurston**_____

26                                                     UNITED STATES MAGISTRATE JUDGE

27

28