# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MENDEZ, <br><br> Plaintiff, <br><br> v. <br><br> THE PROCTER & GAMBLE COMPANY, <br><br> Defendant. | Case No.: 1:17-cv-01170-DAD-JLT <br><br> ORDER DISCHARGING ORDER TO SHOW CAUSE AND DIRECTING DISMISSAL DOCUMENTS TO BE FILED |

In response to the Court's order to show cause, the parties report that they need more time to complete their settlement documents. Thus, the Court **ORDERS**:

1. The order to show cause (Doc. 17) is **DISCHARGED**;
2. The parties SHALL file their stipulated dismissal **no later than September 28, 2018**.

IT IS SO ORDERED.

Dated: **September 4, 2018**         **/s/ Jennifer L. Thurston**
                                    UNITED STATES MAGISTRATE JUDGE